Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
Seth T. Floyd, Nevada State Bar No. 11959
**THE URBAN LAW FIRM**
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
sfloyd@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Plaintiffs Laborers Trust Funds*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>EVELYN BRUNS-WITT, an individual; BENTAR DEVELOPMENT, INC., a Nevada corporation; CM BUILDERS, a Nevada corporation; DICKINSON CAMERON, a California corporation; FORTE SPECIALTY CONTRACTORS, LLC, a Nevada limited liability company; KNIGHT CONSTRUCTION, INC., a Nevada corporation; MENEMSHA DEVELOPMENT GROUP, INC., a California corporation; MONUMENT CONSTRUCTION, a Nevada corporation, and AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Defendants. | CASE NO: 2:14-cv-01087-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT AEGIS SECURITY INSURANCE COMPANY WITH PREJUDICE** |

1

1  Plaintiffs, THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST (hereinafter "Trustees"), by and through their counsel of record, The Urban Law Firm, and Defendant, AEGIS SECURITY INSURANCE COMPANY, a Pennsylvania Corporation, (hereinafter "Defendant"), by and through their counsel of record, Peel Brimley, LLP, do hereby jointly stipulate to the dismissal of all of Plaintiffs' claims against Defendant, with prejudice.

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, Trustees and Defendant Aegis Security Insurance Company, and subject to the approval and Order of the Court, as follows:

Aegis Security Insurance Company issued a surety bond to Defendant Forte Specialty Contractors, LLC (hereinafter "Forte"). A full and final confidential settlement of the above-entitled action, as to Plaintiffs and Defendant Forte, has been entered into and agreed to by Plaintiffs and Defendant Forte. Defendant Forte has been dismissed from this case (**ECF No. 47**). Therefore, Plaintiffs request that Defendant Aegis Security Insurance Company, be dismissed from this action with prejudice.

DATED this 6th day of September, 2016

**THE URBAN LAW FIRM**

By: /s/ Seth T. Floyd
Seth T, Floyd, Nevada State Bar No. 11959
*Counsel for Plaintiffs Laborers Trust Funds*

DATED this 6th day of September, 2016

**PEEL BRIMLEY, LLP**

By: /s/ Cary B. Domina
Cary B. Domina, Nevada Bar No. 10567
*Counsel for Defendant Forte Specialty Contractors, LLC.*

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Aegis Security Insurance Company, be dismissed from this action with prejudice.

DATED: September 6, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF MAILING**

I CERTIFY that on the 6th day of September, 2016, I electronically filed the above **STIPULATION AND ORDER TO DISMISS DEFENDANT AEGIS SECURITY INSURANCE COMPANY WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system and have served all registered users through that system.

Dated this 6th day of September, 2016.

                                          */s/ April Denni*
                                      **An Employee of The Urban Law Firm**